UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QUINTIN JEROME BALLENTINE,<br><br>                    Plaintiff,<br><br>         -against-<br><br>YAHOO INC.; JIM LANZONE,<br><br>                    Defendants. | 24 CIVIL 5253 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 6, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 25, 2025
         New York, New York

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge